1  CDF LABOR LAW LLP
     Todd R. Wulffson, State Bar No. 150377
2    twulffson@cdflaborlaw.com
     Kimberly M. Jansen, State Bar No. 243216
3    kjansen@cdflaborlaw.com
   18300 Von Karman Avenue, Suite 800
4  Irvine, CA 92612
   Telephone: (949) 622-1661
5
   Attorneys for Defendant
6  MARATHON PATENT GROUP, INC.

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | MICHAEL HO, an individual,          ) Case No. 5:21-cv-00339 PSG (SPx)
                                         )
12 |         Plaintiff,                  ) (Removal from Riverside Superior Court
   |    vs.                              ) Case No. CVRI2100078)
13 |                                     )
   | MARATHON PATENT GROUP, INC.,        ) **NOTICE OF ERRATA**
14 | a Nevada corporation; and DOES 1-10,)
                                         )
15 |         Defendant.                  )
                                         )

NOTICE OF ERRATA

CDF Labor Law LLP

1765049.1

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant MARATHON PATENT GROUP, INC. ("Defendant") hereby files this Notice of Errata with respect to Defendant's Notice of Removal filed on February 25, 2021. Due to the CM/ECF login credentials used to file the Notice of Removal (Doc. 1) were incorrect, and linked to David G. Hagopian, another attorney in this firm, the Notice of Removal was re-filed (Doc. 2) on the same day under Todd R. Wulffson's CM/ECF login credentials. Mr. Wulffson is lead trial counsel for Defendant on the above-referenced matter.

Dated: March 1, 2021

CDF LABOR LAW LLP
Todd R. Wulffson

By: _____
Kimberly M. Jansen
Attorneys for Defendant
MARATHON PATENT GROUP, INC.