| | |
|---|---|
| 1 | CDF LABOR LAW LLP |
| 2 | Todd R. Wulffson, State Bar No. 150377<br>twulffson@cdflaborlaw.com |
| 3 | Kimberly M. Jansen, State Bar No. 243216<br>kjansen@cdflaborlaw.com |
| 4 | Desiree J. Ho, State Bar No. 313250<br>dho@cdflaborlaw.com |
| 5 | 18300 Von Karman Avenue, Suite 800<br>Irvine, CA 92612 |
| 6 | Telephone: (949) 622-1661 |
| 7 | Attorneys for Defendant<br>MARATHON DIGITAL HOLDINGS formerly known as MARATHON PATENT GROUP, INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HO, an individual,<br><br>Plaintiff,<br>vs.<br><br>MARATHON PATENT GROUP, INC., a Nevada corporation; and DOES 1-10,<br><br>Defendant. | Case No. 5:21-cv-00339 PSG (SPx)<br><br>(Removal from Riverside Superior Court Case No. CVRI2100078)<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO COMPEL PLAINTIFF TO PROVIDE FURTHER RESPONSES TO DOCUMENT DEMANDS AND INTERROGATORIES**<br><br>Date: August 10, 2021<br>Time: 10:00 a.m.<br>Ctrm: 3, 3rd Floor - VIA ZOOM<br><br>Action Filed: January 14, 2021<br>Pre-Trial Conf: February 18, 2022<br>Disc. Cutoff: November 24, 2021<br>Trial Date: March 3, 2022 |

TO THE UNITED STATES DISTRICT MAGISTRATE JUDGE SHERI PYM, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on August 10, 2021 at 10:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 3, 3rd Floor at the George E. Brown, Jr. Federal Building and United States Courthouse, located at 3470 12th St., Riverside, California 92501, via Zoom link:   https://cacd-uscourts.zoomgov.com/j/1609418440?pwd=QkVsMFdhWlJnbkxpMS82ZnNYYmdnQT09 (Telephone: (669) 254-5252, Webinar ID 160 941 8440, Passcode: 669473), Defendant Marathon Digital Holdings, formerly known as Marathon Patent Group, Inc. ("Defendant") will and hereby does move this Court for the entry of an Order Compelling Plaintiff Michael Ho's ("Plaintiff") to provided further responses to document demands and interrogatories.

This Motion is made pursuant Federal Rules of Civil Procedure ("FRCP") 33, 34, and 37, this Notice of Motion, the supporting Joint Stipulation Regarding Dispute as to Plaintiff's further response to document demands and interrogatories per L.R. 37-2, and the Declarations of Kimberly M. Jansen and Gregg Zucker, all of which are filed concurrently herewith, and any other papers or argument properly before the Court.

Counsel for both parties have fully complied with Local Rules 37-1 and 37-2. As required by Local Rule 37-1, counsel for Defendant have conferred in good faith with counsel for Plaintiff regarding the nature of this Motion and its legal basis and attempted to narrow the scope of issues before this Court.  Defendant respectfully requests that this Court enter and order compelling:

1.   Plaintiff to serve further, verified written responses to Special Interrogatory Nos. 1- 3, 5, 7 and 8-10;

2.   Plaintiff to provide further written responses to Request for Production Nos. 61 and 73; and

/ / /

1   3.    Plaintiff to pay monetary sanctions in the amount of $5,000.

3   Dated: July 15, 2021          CDF LABOR LAW LLP

5                                 By: _____*/s/ Kimberly M. Jansen*_____
                                        Kimberly M. Jansen
6                                 Attorneys for Defendant
                                  MARATHON DIGITAL HOLDINGS formerly
7                                 known as MARATHON PATENT GROUP, INC.