GREGG D. ZUCKER, SBN 166692
gregg@foundationlaw.com
FOUNDATION LAW GROUP LLP
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone:  310.979.7561

David W. Affeld, Cal. Bar No. 123922
Edward E. Johnson, Cal. Bar No. 241065
eej@agzlaw.com
AFFELD GRIVAKES LLP
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone:  310.979.8700

Attorneys for Plaintiff Michael Ho

# UNITED STATES DISTRICT COURT FOR

# THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HO, an individual,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MARATHON PATENT GROUP, INC.,<br>a Nevada corporation; and DOES 1-10;<br><br>                    Defendants | **Case No.: 5:21-cv-00339-SSS (SPx)**<br><br>**PLAINTIFF'S [PROPOSED] SPECIAL VERDICT FORM**<br><br>Place:  Courtroom 2<br>Judge: Honorable Sunshine S. Sykes<br><br>Pretrial Conference: January 12, 2024<br>Trial Date: January 29, 2024 |

**Special Verdict Form No. 1**

**Breach of Contract**

We answer the questions submitted to us as follows:

**1.      Did Michael Ho and Marathon Patent Group, Inc. enter into a contract?**

_____ Yes          _____No

> If your answer to question 1 is **YES**, then answer question 2.
>
> If you answered **NO**, stop here, answer no further questions on this form, and have the presiding juror sign and date this form.  Then move on to Special Verdict Form No. 2.

**2.1.    Did Marathon Patent Group, Inc. fail to do something that the contract required it to do?**

_____ Yes          _____No

> Continue to question 2.2.

**2.1.    Did Marathon Patent Group, Inc. do something that the contract prohibited it from doing?**

_____ Yes          _____No

> If your answer to *either* question 2.1, *or* question 2.2, *or* both questions is **YES**, then answer question 3.
>
> If you answered **NO** to *both* questions, stop here, answer no further questions on this form, and have the presiding juror sign and date this form.  Then move on to Special Verdict Form No. 2.

**3.      Was Michael Ho harmed by Marathon Patent Group, Inc.'s breach of contract?**

_____ Yes          _____No

PLAINTIFF'S PROPOSED VERDICT FORM
5:21-CV-339

If your answer to question 3 is **YES**, then answer question 4.

 If you answered **NO**, stop here, answer no further questions on this form, and have the presiding juror sign and date this form.  Then move on to Special Verdict Form No. 2.

> **4.**     **What are Michael Ho's damages?**

>      $ _____

>                              Signed: _____
>                                         Presiding Juror

>                              Date:  _____

Please move on to Special Verdict Form No. 2

**Source(s)**:  CACI VF-300 (Breach of Contract)

**Special Verdict Form No. 2**

**Breach of Quasi Contract**

We answer the questions submitted to us as follows:

**1.      Did Michael Ho provide a benefit to Marathon Patent Group, Inc.?**

_____ Yes          _____No

If your answer to question 1 is **YES**, then answer question 2.

If you answered **NO**, stop here, answer no further questions on this form, and have the presiding juror sign and date this form.  Then move on to Special Verdict Form No. 3.

**2.      Did Marathon Patent Group, Inc. knowingly accept the benefit from Michael Ho?**

_____ Yes          _____No

If your answer to question 2 is **YES**, then answer question 3.

If you answered **NO**, stop here, answer no further questions on this form, and have the presiding juror sign and date this form.  Then move on to Special Verdict Form No. 3.

**3.      Would it be unjust for Marathon Patent Group, Inc. to keep the benefit it received without paying for its value?**

_____ Yes          _____No

If your answer to question 3 is **YES**, then answer question 4.

If you answered **NO**, stop here, answer no further questions on this form, and have the presiding juror sign and date this form.  Then move on to Special Verdict Form No. 3.

- 4 -

**4.    What are Michael Ho's damages?**

$ _____

Signed: _____
                        Presiding Juror

Date: _____

Please move on to Special Verdict Form No. 3

**Source(s):** *Hernandez v. Lopez*, 180 Cal. App. 4th 932, 939 (2009); *Lectrodryer v. SeoulBank*, 77 Cal. App. 4th 723, 726, 728 (2000); *Novak v. Seiko Corp.*, 37 F. App'x 239, 244 (9th Cir. 2002).

PLAINTIFF'S PROPOSED VERDICT FORM
5:21-CV-339

**Special Verdict Form No. 3**

**Services Rendered**

We answer the questions submitted to us as follows:

**1.     Did Marathon Patent Group, Inc. request, by words or conduct, that Michael Ho provide services for its benefit?**

_____ Yes          _____No

> If your answer to question 1 is **YES**, then answer question 2.
>
> If you answered **NO**, stop here, answer no further questions on this form, and have the presiding juror sign and date this form.

**2.     Did Michael Ho provide services to Marathon Patent Group, Inc. as requested?**

_____ Yes          _____No

> If your answer to question 2 is **YES**, then answer question 3.
>
> If you answered **NO**, stop here, answer no further questions on this form, and have the presiding juror sign and date this form.

**3.     Has Marathon Patent Group, Inc. paid Michael Ho for the services he provided?**

_____ Yes          _____No

> If your answer to question 3 is **NO**, then answer question 4.
>
> If you answered **YES**, stop here, answer no further questions on this form, and have the presiding juror sign and date this form.

PLAINTIFF'S PROPOSED VERDICT FORM
5:21-CV-339

**4.** **What is the reasonable value of the services Michael Ho provided to Marathon Patent Group, Inc.?**


$ _____


Signed: _____
                                Presiding Juror

Date: _____

After all verdict forms have been signed, notify the clerk that you are ready to present your verdict in the courtroom.

**Source(s):** CACI No. 371

- 7 -

Dated:  December 15, 2023

Respectfully submitted

By:  /s/ Edward E. Johnson

Affeld Grivakes LLP
David W. Affeld
Edward E. Johnson

*Attorneys for Plaintiff Michael Ho*

- 8 -

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document using the Court's CM/ECF System.  I am informed and believe that filing through the CM/ECF system will cause notice to be served on all interested parties.

/s/ Edward E. Johnson
Edward E. Johnson

PLAINTIFF'S PROPOSED VERDICT FORM
5:21-CV-339