ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
7/18/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___IV___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARATHON PATENT GROUP, INC. Nevada Corporation; and DOES 1-10,<br><br>Defendant. | Case No. 5:21-cv-00339 SSS (SPx)<br>**(REDACTED)**<br>**SPECIAL VERDICT FORM**<br><br>Place:   Courtroom 2<br>Judge:   Honorable Sunshine S. Sykes<br><br>Trial:    July 8, 2024 |

# Special Verdict Form

## Breach of Contract

We answer the questions submitted to us as follows:

1. **Did Mr. Ho and Marathon Patent Group, Inc. enter into a contract?**

    __X__ Yes    ____ No

> If your answer to question 1 is **YES**, then answer question 2.
>
> If you answered **NO**, stop here, answer no further questions. Please have the jury foreperson sign and date the form on the last page.

2. **Did Mr. Ho do all, or substantially all, of the significant things that the contract required him to do?**

    __X__ Yes    ____ No

> If your answer to question 2 is **YES**, then answer question 3.
>
> If you answered **NO**, stop here, answer no further questions. Please have the jury foreperson sign and date the form on the last page.

3. **Did Marathon Patent Group, Inc. fail to do something the contract required it to do or did Marathon Patent Group, Inc. do something the contract prohibited it from doing?**

    __X__ Yes    ____ No

> If your answer to question 3 is **YES**, then answer question 4.
>
> If you answered **NO** to question 3, stop here, answer no further questions. Please have the jury foreperson sign and date the form on the last page.

4. **Was Mr. Ho harmed by Marathon Patent Group, Inc.?**

    __X__ Yes    ____ No

If your answer to question 4 is **YES**, then answer question 5.

If you answered **NO**, stop here, answer no further questions.  Please have the jury foreperson sign and date the form on the last page.

    **5.**    **Was Marathon Patent Group, Inc.'s breach a substantial factor in causing Mr. Ho's harm?**

    __✗__ Yes      ____ No

If your answer to question 5 is **YES**, then answer question 6.

If you answered **NO**, stop here, answer no further questions.  Please have the jury foreperson sign and date the form on the last page.

    **6.**    **What are Mr. Ho's damages?**

    $ __139,780,000__

Once you have answered question 6, please move on to question 7.

- 3 -

## Unclean Hands

We answer the questions submitted to us as follows:

7. **Did Mr. Ho engage in inequitable conduct?**

   \_\_\_\_\_ Yes      __X__ No

> If your answer to question 7 is **YES**, then answer question 8.
>
> If you answered **NO**, stop here, and have the juror foreperson sign and date this form.

8. **Did Mr. Ho's conduct directly relate to the claim or claims asserted against Marathon?**

   \_\_\_\_\_ Yes      \_\_\_\_\_ No

> After you have answered question 8, please have the juror foreperson sign the verdict below. After that, please notify the clerk that you are ready to present your verdict in the courtroom.

- 4 -

Signed ███████

Juror Føreperson

Date: 7/18/2024