JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MARATHON PATENT GROUP, INC. Nevada Corporation; and DOES 1-10, <br><br> Defendant. | **Case No. 5:21-cv-00339 SSS (SPx)** <br><br> ~~[PROPOSED]~~ **JUDGMENT** <br><br> Place:   Courtroom 2 <br> Judge:  Honorable Sunshine S. Sykes <br><br> Trial:   July 8, 2024 <br><br> **[NOTE: CHANGES MADE BY THE COURT]** |

This action came on for trial in the above-captioned Court on July 8, 2024, with the Honorable Sunshine S. Sykes, U.S. District Judge presiding. Plaintiff Michael Ho appeared and was represented by attorneys David W. Affeld and Edward E. Johnson of Affeld England & Johnson LLP. Defendant Marathon Digital Holdings, Inc. (f/k/a Marathon Patent Group, Inc.) appeared and was represented by Jonathan D. Polkes and Arianna M. Scavetti of Weil, Gotshal & Manges LLP.

A jury of eight persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury with directions to return a special verdict on the sole remaining cause of action, breach of contract. The jury deliberated and thereafter returned to Court with its special verdict on July 18, 2024. The special verdict was in favor of Plaintiff and awarded damages of $138,780,000 [ECF Dkt. No. 431].

By reason of said jury verdict, **IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Michael Ho shall recover from Defendant Marathon Digital Holdings, Inc. the sum of $138,780,000, plus post-judgment interest thereon at the rate of 4.96% from the date of this Judgment.

It is further **ORDERED, ADJUDGED AND DECREED** that Plaintiff Michael Ho, as the prevailing party in this action, shall recover from Defendant Marathon Digital Holdings, Inc. his costs upon timely application therefore. Plaintiff may also make a motion for prejudgment interest to the extent such interest is recoverable.

Dated: September 18, 2024

_____
Hon. Sunshine S. Sykes
U.S. District Court Judge