# EXHIBIT 1

# Appeal Bond

Michael Ho
_____
Plaintiff(s)

-against-

Mara Holdings, Inc. (AKA Marathon Digital Holdings, Inc.)
_____
Defendant(s)

Bond No. __800152471__

Index or Cause No. __5:21-cv-00339 SSS (SPx)__

KNOW ALL MEN BY THESE PRESENTS, that we __Mara Holdings, Inc. (AKA Marathon Digital Holdings, Inc.)__, as Principal, and __Everest Reinsurance Company and Atlantic Specialty Insurance Company *__, a corporation organized under the laws of the State of __*__ and authorized to do business in the State of __California__, as Surety, are held and firmly bound unto __Michael Ho__, as Obligee, in the maximum penal sum of __One Hundred Seventy Three Million Four Hundred Seventy Five Thousand and 00/100__ Dollars ($__173,475,000.00__), lawful money of the United States of America, for which payment well and truly to be made we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Principal has appealed to the __United States District Court for the Central District of California; United States Court of Appeals for the Ninth Circuit__ from a judgment entered on the __18th__ day of __September 2024__.

NOW, THEREFORE, the condition of this obligation is such that if the Principal shall diligently prosecute its appeal to a decision, and shall promptly perform and satisfy the judgment, then this obligation will be void; otherwise to remain in full, force and effect.

SIGNED, SEALED AND DATED this __22nd__ day of __October 2024__.

*corporations organized under the laws of the States of DE and NY (respectively)

Mara Holdings, Inc. (AKA Marathon Digital Holdings, Inc.)

By: _____, Principal

Everest Reinsurance Company

By: _____, Attorney-in-Fact
Michael Lischer, Jr.
CA License #0K35596

Atlantic Specialty Insurance Company

By: _____, Attorney-in-Fact
Michael Lischer, Jr.
CA License #0K35596

IMA
1705 17th Street, Suite 100
Denver, CO 80202
(303) 534-4567

## EVEREST REINSURANCE COMPANY
## STATEMENTS OF FINANCIAL CONDITION

|  | December 31, | |
|---|---|---|
|  | 2023 | 2022 |
|  | Unaudited | Audited |
| **ASSETS** | | |
| Bonds | $ 15,480,681,617 | $ 13,425,435,159 |
| Stocks | 977,899,975 | 887,282,126 |
| Short-term investments | 304,102,787 | 148,664,819 |
| Other invested assets | 2,104,105,489 | 2,299,249,359 |
| Cash and cash equivalents | 963,116,519 | 530,084,045 |
| Accounts receivable-premium balances | 3,149,313,000 | 2,549,040,224 |
| Reinsurance recoverable | 1,109,380,891 | 821,045,215 |
| Other assets | 2,187,268,116 | 1,689,988,250 |
| **Total Assets** | $ 26,275,868,394 | $ 22,350,789,197 |
| **LIABILITIES** | | |
| Loss and loss adjustment expense reserve | $ 12,654,219,077 | $ 11,330,580,413 |
| Unearned premium reserve | 3,406,155,545 | 2,723,033,746 |
| Ceded reinsurance premium payable (net of ceding commission) | 703,075,577 | 559,742,437 |
| Reserve for commissions, taxes and other liabilities | 2,549,054,546 | 2,184,544,900 |
| **Total Liabilities** | $ 19,312,504,745 | $ 16,797,901,496 |
| **SURPLUS AND OTHER FUNDS** | | |
| Common capital stock | $ 10,000,000 | $ 10,000,000 |
| Contributed Surplus | 4,100,821,734 | 3,600,610,905 |
| Unassigned surplus | 2,852,541,914 | 1,942,276,796 |
| Total capital and surplus | $ 6,963,363,649 | $ 5,552,887,701 |
| **Total Liabilities and Surplus** | $ 26,275,868,394 | $ 22,350,789,197 |

Bonds and stocks are valued on a basis promulgated by the National Association of Insurance Commissioners

*Margaret Horn*           3/21/2024

Signed by Margaret Horn, Vice President        Date



## Atlantic Specialty Insurance Company
Period Ended 12/31/2023

*Dollars displayed in thousands*

| Admitted Assets | | Liabilities and Surplus | |
|---|---|---|---|
| Investments: | | Liabilities | |
| Bonds | $ 2,666,141 | Loss Reserves | $ 1,191,377 |
| Preferred Stocks | - | Loss Adjustment Expense Reserves | 401,505 |
| Common Stocks | 765,847 | Total Loss & LAE Reserves | 1,592,881 |
| Mortgage Loans | - | | |
| Real Estate | - | Unearned Premium Reserve | 806,718 |
| Contract Loans | - | Total Reinsurance Liabilities | 45,997 |
| Derivatives | - | Commissions, Other Expenses, and Taxes due | 78,425 |
| Cash, Cash Equivalents & Short Term Investments | 194,124 | Derivatives | - |
| Other Investments | 9,571 | Payable to Parent, Subs or Affiliates | - |
| Total Cash & Investments | 3,635,684 | All Other Liabilities | 810,774 |
| Premiums and Considerations Due | 338,312 | Total Liabilities | 3,334,795 |
| Reinsurance Recoverable | 127,403 | | |
| Receivable from Parent, Subsidiary or Affiliates | 17,691 | Capital and Surplus | |
| All Other Admitted Assets | 96,457 | Common Capital Stock | 9,001 |
| | | Preferred Capital Stock | - |
| Total Admitted Assets | 4,215,546 | Surplus Notes | - |
| | | Unassigned Surplus | 254,805 |
| | | Other Including Gross Contributed | 616,946 |
| | | Capital & Surplus | 880,751 |
| | | Total Liabilities and C&S | 4,215,546 |

State of Minnesota
County of Hennepin

I, Kara L.B. Barrow, Secretary of Atlantic Specialty Insurance Company do hereby certify that the foregoing statement is a correct exhibit of the assets and liabilities of the said Company, on the 31st day of December, 2023, according to the best of my information, knowledge and belief.

_____
Secretary

Subscribed and sworn to, before me, a Notary Public of the State of Minnesota on this 3rd day of May, 2024.

_____
Notary Public



KERRI RIECHERS
Notary Public
Minnesota
My Commission Expires January 31, 2025