David W. Affeld, Cal. Bar No. 123922
dwa@aejlaw.com
Edward E. Johnson, Cal. Bar No. 241065
eej@aejlaw.com
AFFELD ENGLAND & JOHNSON LLP
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Tel.: (310) 979-8700

Attorneys for Plaintiff Michael Ho

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARATHON PATENT GROUP, INC. Nevada Corporation; and DOES 1-10,<br><br>Defendant. | **Case No. 5:21-cv-00339 SSS (SPx)**<br><br>**CORRECTED AND AMENDED JUDGMENT**<br><br>Place:  Courtroom 2<br>Judge:  Honorable Sunshine S. Sykes<br><br>Trial:  July 8, 2024 |

This action came on for trial in the above-captioned Court on July 8, 2024, with the Honorable Sunshine S. Sykes, U.S. District Judge presiding. Plaintiff Michael Ho ("Ho") appeared and was represented by attorneys David W. Affeld and Edward E. Johnson of Affeld England & Johnson LLP. Defendant Marathon Digital Holdings, Inc. (f/k/a Marathon Patent Group, Inc.) ("Marathon") appeared and was represented by Jonathan D. Polkes and Arianna M. Scavetti of Weil, Gotshal & Manges LLP.

A jury of eight persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury with directions to return a special verdict on the sole remaining cause of action, breach of contract. The jury deliberated and thereafter returned to Court with its special verdict on July 18, 2024. The special verdict was in favor of Plaintiff and awarded damages of $138,780,000 [ECF Dkt. No. 431].

The Court entered Judgment on September 18, 2024 [Dkt. No. 445].

As the prevailing party, Ho timely made an application for costs. Costs in the amount of $22,993.94 were awarded [Dkt. No. 482].

Marathon filed a motion for judgment as a matter of law, or in the alternative, for a new trial and remittitur [Dkt. No. 459]. Marathon also filed a motion to correct the verdict [Dkt No. 460]. Ho filed a motion to amend the judgment to award prejudgment interest [Dkt. No. 462]. On May 7, 2025, the Court granted in part and denied in part Marathon's motion for judgment as a matter of law, ordering that the amount of the judgment be reduced by twenty percent. The Court denied the motion for a new trial. The Court granted Marathon's motion to correct the verdict. The Court granted in part and denied in part Ho's motion for prejudgment interest, awarding post-verdict prejudgment interest. [Dkt. No. 494].

By reason of said jury verdict and the Court's rulings on post-trial motions, **IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Michael Ho shall recover from Defendant Marathon Digital Holdings, Inc. the sum of $111,024,000,

plus prejudgment interest in the amount of $1,885,887, for a total judgment amount of $112,909,887.  Ho shall be entitled to post-judgment interest thereon at the rate of 4.08% from September 18, 2024, the date of the original Judgment.

Dated: May 19, 2025

_____
Hon. Sunshine S. Sykes
U.S. District Court Judge