MUNGER, TOLLES & OLSON LLP
Brad D. Brian (SBN 79001)
brad.brian@mto.com
Elaine J. Goldenberg (*pro hac vice*)
elaine.goldenberg@mto.com
Jeffrey Y. Wu (SBN 248784)
jeffrey.wu@mto.com
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Tel:  (213) 683-9100

*Attorneys for Defendant*
*MARA HOLDINGS, INC., f/k/a Marathon Digital Holdings, Inc. and Marathon Patent Group, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HO,<br><br>           Plaintiff,<br><br>v.<br><br>MARATHON PATENT GROUP, INC., et al.,<br><br>           Defendants. | Case No. 5:21-cv-00339 SSS (SPx)<br><br>**DECLARATION OF JEFFREY Y. WU IN SUPPORT OF APPLICATION FOR APPROVAL OF MODIFIED BOND**<br><br>Judge:  Honorable Sunshine S. Sykes<br>Amended Judgment:  May 19, 2025 |

**DECLARATION OF JEFFREY Y. WU**

I, Jeffrey Y. Wu, declare as follows:

1. I am an attorney at law and a member of the California Bar admitted to practice before this Court. I am a Partner of the law firm Munger, Tolles & Olson LLP and counsel for MARA Holdings, Inc. (Marathon), formerly known as Marathon Patent Group, Inc. and Marathon Digital Holdings, Inc.

2. I submit this declaration in support of Marathon's application for approval of modified bond. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

3. Attached as Exhibit 1 is a true and correct copy of Marathon's executed, modified bond from Everest Reinsurance Company and Atlantic Specialty Insurance Company (the "Surety"). The modification to the bond consists of a rider reducing the original bond amount from $173,475,000 to $145,000,000, and changing the date of the judgment referred to in the bond to May 19, 2025 (the date of the Court's corrected and amended judgment). The rider does not otherwise change the original bond in any way—and the original bond is already posted and in the possession of the Clerk's Office. *See* ECF No. 474. Exhibit 1 also includes the Surety's Statements of Financial Condition. Marathon is prepared to lodge the rider that modifies the bond with the Clerk of Court within three (3) court days upon this Court's entry of an Order granting the application for approval of modified bond.

4. Attached as Exhibit 2 is a true and correct copy of the Declarations of Surety submitted in support of the modified bond, in accordance with Local Rule 65-3.

5. Attached as Exhibit 3 is the Surety's authorized Power of Attorney-in-Fact, in accordance with this Court's Local Rule 65-4.

6. Pursuant to this Court's Local Rules 65-5 and 65-6, I further certify that the modified bond has been examined pursuant to Local Rule 65-3 and is

recommended for approval. I certify that: (a) I have carefully examined the modified bond; (b) I know the content of the modified bond; (c) I know the purpose for which the modified bond is executed; (d) in my opinion, the modified bond is in due form; (e) I believe the declarations of qualification by surety are true; and (f) based on my understanding of Federal Rule of Civil Procedure 62, the Local Rules, and the Court's Order of October 28, 2024 (ECF No. 473), the modified bond is required by law to be approved by a judge.

    I declare under penalty of perjury that the foregoing is true and correct. Signed this 29th day of May, 2025, in Los Angeles, California.

_____
Jeffrey Y. Wu