# EXHIBIT 1

 surety

# RIDER

To be attached to and form a part of Bond No. **800152471** issued by the Surety on behalf of **Mara Holdings, Inc. (AKA Marathon Digital Holdings, Inc.)** as Principal in favor of **Michael Ho** said bond having been issued in the amount of **($173,475,000.00)** effective from the **22nd** day of **October 2024**.

It is hereby understood and agreed that the amount of the aforesaid bond is reduced from **($173,475,000.00)** to **($145,000,000.00)** and that the judgment date referenced in the aforesaid bond is amended from **September 18, 2024** to **May 19, 2025**, effective as of the date on which the federal court in *Ho v. Marathon*, Case No. 5:21-cv-00339 (C.D. Cal.), grants the application for approval of the modified bond in the amount of $145,000,000.00.

Provide, however, that the liability of the Surety under the attached bond as changed by this Rider shall not be cumulative.

Signed, sealed and dated the **28**[th] day of **May 2025**

_____
Witness   Marcos Garcia

**Mara Holdings, Inc. (AKA Marathon Digital Holdings, Inc.)**

BY: _____ Zabi Nowaid

ITS: _____ General Counsel

_____
Witness   Nicole L. McCollam

**Atlantic Specialty Insurance Company**

BY: _____
Michael Lischer, Jr.   ,Attorney-in-Fact
CA License #0K35596

_____
Witness   Nicole L. McCollam

**Everest Reinsurance Company**

BY: _____
Michael Lischer, Jr.   ,Attorney-in-Fact
CA License #0K35596

IMA, Inc. - CA License #0H64724

STATE OF   Colorado  
COUNTY OF   Denver       } SS

On  May 28, 2025   before me   Brandi J. Tetley

PERSONALLY APPEARED   Michael Lischer, Jr.

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature  *Brandi J. Tetley*

My Commission Expires: 07/08/2028

**BRANDI J TETLEY**
**NOTARY PUBLIC**
**STATE OF COLORADO**
**NOTARY ID 20094023958**
**MY COMMISSION EXPIRES JULY 8, 2028**

*This area for Official Notarial Seal*

## OPTIONAL

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**CAPACITY CLAIMED BY SIGNER**

☐ INDIVIDUAL  
☐ CORPORATE OFFICER

_____  
TITLE(S)

☐ PARTNER(S)     ☐ LIMITED  
                 ☐ GENERAL

☒ ATTORNEY-IN-FACT  
☐ TRUSTEE(S)  
☐ GUARDIAN/CONSERVATOR  
☐ OTHER

SIGNER IS REPRESENTING:  
NAME OF PERSON(S) OR ENTITY(IES)

Atlantic Specialty Insurance Company  
Everest Reinsurance Company

**DESCRIPTION OF ATTACHED DOCUMENT**

_____  
TITLE OF TYPE OF DOCUMENT

_____  
NUMBER OF PAGES

_____  
DATE OF DOCUMENT

_____  
SIGNER(S) OTHER THAN NAMED ABOVE

**ALL PURPOSE ACKNOWLEDGEMENT**



## Atlantic Specialty Insurance Company
Period Ended 12/31/2024

*Dollars displayed in thousands*

| Admitted Assets | | Liabilities and Surplus | |
|---|---:|---|---:|
| Investments: | | Liabilities | |
| Bonds | $ 2,894,094 | Loss Reserves | $ 1,264,802 |
| Preferred Stocks | - | Loss Adjustment Expense Reserves | 423,323 |
| Common Stocks | 987,702 | **Total Loss & LAE Reserves** | 1,688,125 |
| Mortgage Loans | - | | |
| Real Estate | - | Unearned Premium Reserve | 811,551 |
| Contract Loans | - | Total Reinsurance Liabilities | 64,571 |
| Derivatives | - | Commissions, Other Expenses, and Taxes due | 75,922 |
| Cash, Cash Equivalents & Short Term Investments | 383,175 | Derivatives | - |
| Other Investments | 36,178 | Payable to Parent, Subs or Affiliates | - |
| **Total Cash & Investments** | 4,301,149 | All Other Liabilities | 1,121,125 |
| Premiums and Considerations Due | 350,792 | **Total Liabilities** | 3,761,294 |
| Reinsurance Recoverable | 60,063 | | |
| Receivable from Parent, Subsidiary or Affiliates | 11,764 | **Capital and Surplus** | |
| All Other Admitted Assets | 94,008 | Common Capital Stock | 9,001 |
| | | Preferred Capital Stock | - |
| **Total Admitted Assets** | 4,817,776 | Surplus Notes | - |
| | | Unassigned Surplus | 476,697 |
| | | Other Including Gross Contributed | 570,784 |
| | | **Capital & Surplus** | 1,056,482 |
| | | **Total Liabilities and C&S** | 4,817,776 |

State of Minnesota
County of Hennepin

I, Kara Barrow, Secretary of Atlantic Specialty Insurance Company do hereby certify that the foregoing statement is a correct exhibit of the assets and liabilities of the said Company, on the 31st day of December, 2024, according to the best of my information, knowledge and belief.

*Secretary*

Subscribed and sworn to, before me, a Notary Public of the State of Minnesota on this 10th day of March, 2025.

*Notary Public*



KERRI RIECHERS
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2030

**EVEREST REINSURANCE COMPANY**
**STATEMENTS OF FINANCIAL CONDITION**

|  | December 31, | |
|---|---|---|
|  | 2024 | 2023 |
|  | Unaudited | Audited |
| **ASSETS** | | |
| Bonds | $ 16,820,059,808 | $ 15,480,681,617 |
| Stocks | 1,066,017,232 | 977,899,975 |
| Short-term investments | 4,961,894 | 304,102,787 |
| Other invested assets | 2,043,950,055 | 2,104,105,489 |
| Cash and cash equivalents | 2,836,082,929 | 963,116,519 |
| Accounts receivable-premium balances | 3,328,901,349 | 3,149,313,000 |
| Reinsurance recoverable | 1,378,665,187 | 1,109,380,891 |
| Other assets | 3,273,812,370 | 2,187,268,116 |
| **Total Assets** | $ 30,752,450,824 | $ 26,275,868,394 |
| **LIABILITIES** | | |
| Loss and loss adjustment expense reserve | $ 15,953,433,963 | $ 12,654,219,077 |
| Unearned premium reserve | 3,622,757,537 | 3,406,155,545 |
| Ceded reinsurance premium payable (net of ceding commission) | 791,112,845 | 703,075,577 |
| Reserve for commissions, taxes and other liabilities | 2,259,426,919 | 2,549,054,546 |
| **Total Liabilities** | $ 22,626,731,264 | $ 19,312,504,745 |
| **SURPLUS AND OTHER FUNDS** | | |
| Common capital stock | $ 10,000,000 | $ 10,000,000 |
| Contributed Surplus | 5,236,066,404 | 4,100,821,734 |
| Unassigned surplus | 2,879,653,156 | 2,852,541,914 |
| Total capital and surplus | $ 8,125,719,560 | $ 6,963,363,649 |
| **Total Liabilities and Surplus** | $ 30,752,450,824 | $ 26,275,868,394 |

Bonds and stocks are valued on a basis promulgated by the National Association of Insurance Commissioners

_Margaret Horn_                                          3/19/2025

Signed by Margaret Horn, Vice President                  Date