# EXHIBIT 2

MUNGER, TOLLES & OLSON LLP
Brad D. Brian (SBN 79001)
brad.brian@mto.com
Elaine J. Goldenberg (*pro hac vice*)
elaine.goldenberg@mto.com
Jeffrey Y. Wu (SBN 248784)
jeffrey.wu@mto.com
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Tel: (213) 683-9100

*Attorneys for Defendant*
*MARA HOLDINGS, INC., f/k/a Marathon Patent Group, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HO,<br><br>       Plaintiff,<br><br>v.<br><br>MARATHON PATENT GROUP, INC., et al.,<br><br>       Defendants. | Case No. 5:21-cv-00339 SSS (SPx)<br><br>**DECLARATION OF ATLANTIC SPECIALTY INSURANCE CO. IN SUPPORT OF MARA HOLDINGS, INC.'S MODIFIED SUPERSEDEAS BOND**<br><br>Judge: Honorable Sunshine S. Sykes<br>Amended Judgment: May 19, 2025 |

## DECLARATION OF ATLANTIC SPECIALTY INSURANCE CO. COMPANY

I, Michael Lischer, Jr., declare as follows:

1. I am an Attorney-In-Fact for Atlantic Specialty Insurance Co., and I am authorized by Atlantic Specialty Insurance Co. to make this declaration. I have personal knowledge of the facts set forth below, and if called upon, I can and will testify competently to them.

2. I submit this declaration in accordance with this District's Local Rule 65-3 and in support of MARA Holdings, Inc.'s modified supersedeas bond submitted in the above-captioned case.

3. Atlantic Specialty Insurance Co. is a New York corporation, with its principal office in Plymouth, Minnesota, and is authorized to do business in the State of California. Atlantic Specialty Insurance Co. is further authorized to transactbusiness as a Surety by the Secretary of the Treasury of the United States under 31 U.S.C. §§ 9301-9306 and under the laws of the State of California.

4. The security provided to and held by Atlantic Specialty Insurance Co. is worth the amount specified in the bond as modified by the May 28th, 2025 rider, over and above just debts and liabilities. The property which is being conveyed by MARA Holdings, Inc. as security is not exempt from execution and prejudgment attachment.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 28th day of May, 2025, in Denver, Colorado.

Michael Lischer, Jr.
CA License #0K35596

STATE OF Colorado

COUNTY OF Denver } SS

On May 28, 2025 before me Brandi J. Tetley

PERSONALLY APPEARED Michael Lischer, Jr.

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature *Brandi J. Tetley*

My Commission Expires: 07/08/2028

**BRANDI J TETLEY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20094023958
MY COMMISSION EXPIRES JULY 8, 2028**

*This area for Official Notarial Seal*

## OPTIONAL

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**CAPACITY CLAIMED BY SIGNER**

☐ INDIVIDUAL
☐ CORPORATE OFFICER

_____
TITLE(S)

☐ PARTNER(S)    ☐ LIMITED
                ☐ GENERAL

☒ ATTORNEY-IN- FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER

**SIGNER IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)

Atlantic Specialty Insurance Company

**DESCRIPTION OF ATTACHED DOCUMENT**

_____
TITLE OF TYPE OF DOCUMENT

_____
NUMBER OF PAGES

_____
DATE OF DOCUMENT

_____
SIGNER(S) OTHER THAN NAMED ABOVE

**ALL PURPOSE ACKNOWLEDGEMENT**

MUNGER, TOLLES & OLSON LLP
Brad D. Brian (SBN 79001)
brad.brian@mto.com
Elaine J. Goldenberg (*pro hac vice*)
elaine.goldenberg@mto.com
Jeffrey Y. Wu (SBN 248784)
jeffrey.wu@mto.com
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Tel: (213) 683-9100

*Attorneys for Defendant*
*MARA HOLDINGS, INC., f/k/a Marathon Patent Group, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HO,<br><br>  Plaintiff,<br><br>v.<br><br>MARATHON PATENT GROUP, INC., et al.,<br><br>  Defendants. | Case No. 5:21-cv-00339 SSS (SPx)<br><br>**DECLARATION OF EVEREST REINSURANCE COMPANY IN SUPPORT OF MARA HOLDINGS, INC.'S MODIFIED SUPERSEDEAS BOND**<br><br>Judge: Honorable Sunshine S. Sykes<br>Amended Judgment: May 19, 2025 |

**DECLARATION OF EVEREST REINSURANCE COMPANY**

I, Michael Lischer, Jr., declare as follows:

1. I am an Attorney-In-Fact for Everest Reinsurance Company, and I am authorized by Everest Reinsurance Company to make this declaration. I have personal knowledge of the facts set forth below, and if called upon, I can and will testify competently to them.

2. I submit this declaration in accordance with this District's Local Rule 65-3 and in support of MARA Holdings, Inc.'s modified supersedeas bond submitted in the above-captioned case.

3. Everest Reinsurance Company is a Delaware corporation, with its principal office in New Jersey, and is authorized to do business in the State of California. Everest Reinsurance Company is further authorized to transact business as a Surety by the Secretary of the Treasury of the United States under 31 U.S.C. §§ 9301-9306 and under the laws of the State of California.

4. The security provided to and held by Everest Reinsurance Company is worth the amount specified in the bond as modified by the May 28th 2025 rider, over and above just debts and liabilities. The property which is being conveyed by MARA Holdings, Inc. as security is not exempt from execution and prejudgment attachment.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 28th day of May, 2025, in Denver, Colorado.

_____
Michael Lischer, Jr.
CA License #0K35596



STATE OF    Colorado  
COUNTY OF   Denver  
} SS

On  May 28, 2025    before me   Brandi J. Tetley

PERSONALLY APPEARED   Michael Lischer, Jr.

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature  _Brandi J. Tetley_

My Commission Expires: 07/08/2028

**BRANDI J TETLEY**
**NOTARY PUBLIC**
**STATE OF COLORADO**
NOTARY ID 20094023958
MY COMMISSION EXPIRES JULY 8, 2028

*This area for Official Notarial Seal*

━━━━━━━━━━━ **OPTIONAL** ━━━━━━━━━━━

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**CAPACITY CLAIMED BY SIGNER**

☐ INDIVIDUAL
☐ CORPORATE OFFICER

_____
TITLE(S)

☐ PARTNER(S)    ☐ LIMITED
                ☐ GENERAL

☒ ATTORNEY-IN- FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER

**SIGNER IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)

Everest Reinsurance Company

**DESCRIPTION OF ATTACHED DOCUMENT**

_____
TITLE OF TYPE OF DOCUMENT

_____
NUMBER OF PAGES

_____
DATE OF DOCUMENT

_____
SIGNER(S) OTHER THAN NAMED ABOVE

**ALL PURPOSE ACKNOWLEDGEMENT**