MUNGER, TOLLES & OLSON LLP
Brad D. Brian (SBN 79001)
brad.brian@mto.com
Elaine J. Goldenberg (*pro hac vice*)
elaine.goldenberg@mto.com
Jeffrey Y. Wu (SBN 248784)
jeffrey.wu@mto.com
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Tel:  (213) 683-9100

*Attorneys for Defendant
MARA HOLDINGS, INC., f/k/a Marathon Digital Holdings, Inc. and Marathon Patent Group, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HO,<br><br>            Plaintiff,<br><br>v.<br><br>MARATHON PATENT GROUP, INC., et al.,<br><br>            Defendants. | Case No. 5:21-cv-00339 SSS (SPx)<br><br>**STIPULATED ORDER GRANTING APPLICATION FOR APPROVAL OF MODIFIED BOND AT DKT. 499**<br><br>Judge:  Honorable Sunshine S. Sykes<br>Amended Judgment:  May 19, 2025 |

**ORDER**

Having considered the Application for Approval of Modified Bond ("Application") and the Joint Stipulation Re: Marathon's Application for Approval of Modified Bond, the Court finds good cause to approve the bond as modified. The Court therefore grants the Application and orders as follows:

1. The Court approves Bond No. 800152471 as modified in the form of a rider issued on May 28, 2025. That rider modifies Bond No. 800152471 to (1) change the amount of that bond to $145,000,000, and (2) change the date of the judgment listed in the bond from September 18, 2024 (the date of the original judgment) to May 19, 2025 (the date of the corrected and amended judgment);

2. Defendant MARA Holdings, Inc. (Marathon) previously posted Bond No. 800152471, and within three (3) court days of the entry of this Order shall post the rider that modifies the bond;

3. Absent further order of the Court, the bond as modified will serve as a "bond or other security" under Federal Rule of Civil Procedure 62(b) for purposes of a stay of execution of the Judgment, as corrected and amended on May 19, 2025, until the conclusion of Marathon's appeal to the U.S. Court of Appeals for the Ninth Circuit, if any, via issuance of a mandate by the Ninth Circuit; and

4. Pursuant to Federal Rule of Civil Procedure 62, proceedings to enforce the Judgment, as corrected and amended on May 19, 2025, shall be stayed pending the final disposition of Marathon's appeal to the Ninth Circuit, if any, provided that Marathon complies with this Order, unless the Court issues an order terminating the stay.

**IT IS SO ORDERED.**

Dated: June 5, 2025

_____
HON. SUNSHINE S. SYKES
United States District Judge