MUNGER, TOLLES & OLSON LLP
Brad D. Brian (SBN 79001)
brad.brian@mto.com
Elaine J. Goldenberg (*pro hac vice*)
elaine.goldenberg@mto.com
Jeffrey Y. Wu (SBN 248784)
jeffrey.wu@mto.com
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Tel:  (213) 683-9100

*Attorneys for Defendant*
*MARA HOLDINGS, INC., f/k/a Marathon Digital Holdings, Inc. and Marathon Patent Group, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARATHON PATENT GROUP, INC., et al.,<br><br>　　　　Defendants. | Case No. 5:21-cv-00339 SSS (SPx)<br><br>**MARA HOLDINGS, INC.'S NOTICE OF POSTING OF MODIFIED SUPERSEDEAS BOND AND CERTIFICATE OF ATTORNEY PURSUANT TO L.R. 65-5**<br><br>Judge:  Honorable Sunshine S. Sykes<br>Amended Judgment:  May 19, 2025 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that Defendant MARA Holdings, Inc. (Marathon), f/k/a Marathon Digital Holdings, Inc. and Marathon Parent Group, Inc., hereby submits and posts the rider that modifies Bond No. 800152471 in accordance with this Court's Order of June 5, 2025 (ECF No. 506). A true and correct copy of the rider is attached hereto as **Exhibit 1**. True and correct copies of the Declarations of Surety submitted in support of the modified bond are attached as **Exhibit 2** in accordance with Local Rule 65-3, and the Surety's authorized Powers of Attorney-in-Fact are attached as **Exhibit 3** in accordance with Local Rule 65-4. A Declaration of Jeffrey Y. Wu in support of this Notice is enclosed.

DATED: June 10, 2025          MUNGER, TOLLES & OLSON LLP

By: */s/ Brad D. Brian*
Brad D. Brian
Elaine J. Goldenberg
Jeffrey Y. Wu

*Attorneys for Defendant MARA Holdings, Inc., f/k/a Marathon Digital Holdings, Inc. and Marathon Parent Group, Inc.*