MUNGER, TOLLES & OLSON LLP
Brad D. Brian (SBN 79001)
brad.brian@mto.com
Elaine J. Goldenberg (*pro hac vice*)
elaine.goldenberg@mto.com
Jeffrey Y. Wu (SBN 248784)
jeffrey.wu@mto.com
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Tel:  (213) 683-9100

*Attorneys for Defendant*
*MARA HOLDINGS, INC., f/k/a Marathon Digital Holdings, Inc. and Marathon Patent Group, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HO,<br><br>    Plaintiff,<br><br>v.<br><br>MARATHON PATENT GROUP, INC., et al.,<br><br>    Defendants. | Case No. 5:21-cv-00339 SSS (SPx)<br><br>**DECLARATION OF JEFFREY Y. WU IN SUPPORT OF MARA HOLDINGS, INC.'S NOTICE OF POSTING OF MODIFIED SUPERSEDEAS BOND AND CERTIFICATE OF ATTORNEY PURSUANT TO L.R. 65-5**<br><br>Judge:  Honorable Sunshine S. Sykes<br>Amended Judgment:  May 19, 2025 |

## DECLARATION OF JEFFREY Y. WU

I, Jeffrey Y. Wu, declare as follows:

1. I am an attorney at law and a member of the California Bar admitted to practice before this Court. I am a Partner of the law firm Munger, Tolles & Olson LLP and counsel for MARA Holdings, Inc. (Marathon), formerly known as Marathon Patent Group, Inc. and Marathon Digital Holdings, Inc. I submit this declaration in support of Marathon's Notice of Posting of Modified Supersedeas Bond and Certificate of Attorney Pursuant to L.R. 65-5. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On June 5, 2025, the Court entered an order approving Bond No. 800152471 as modified in the form of a rider issued on May 28, 2025, and staying enforcement of the judgment entered against Marathon pursuant to Fed. R. Civ. P. 62. ECF No. 506. The rider modifies Bond No. 800152471, which was previously posted to this Court (ECF No. 474), to (1) change the amount of the bond to $145,000,000, and (2) change the date of the judgment listed in the bond from September 18, 2024 (the date of the original judgment) to May 19, 2025 (the date of the corrected and amended judgment). The Court ordered Marathan to post the rider that modifies the bond within three (3) court days of the entry of the order.

3. Pursuant to the Court's order to post the rider that modifies the bond, a true and correct copy of the rider is attached hereto as **Exhibit 1**. That exhibit also includes the Surety's Statements of Financial Condition.

4. Attached as **Exhibit 2** are true and correct copies of the Declarations of Surety submitted in support of the modified bond, in accordance with this Court's Local Rule 65-3.

5. Attached as **Exhibit 3** are the Surety's authorized Powers of Attorney-in-Fact, in accordance with this Court's Local Rule 65-4.

6. Pursuant to this Court's Local Rules 65-5 and 65-6, I further certify that

the modified bond has been examined pursuant to Local Rule 65-3 and has been approved by the Court. I certify that: (a) I have carefully examined the modified bond; (b) I know the content of the modified bond; (c) I know the purpose for which the modified bond is executed; (d) in my opinion, the modified bond is in due form; (e) I believe the declarations of qualification by surety are true; and (f) the Court granted the required approval of the modified bond when it entered the order of June 5, 2025 (ECF No. 506).

        I declare under penalty of perjury that the foregoing is true and correct. Signed this 10th day of June, 2025, in Los Angeles, California.

_____
Jeffrey Y. Wu